[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-13649
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 22, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00185-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES ZELL BISHOP,
a.k.a. Peter Bishop,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(January 22, 2009)

Before BLACK, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed appellate counsel for James Zell Bishop, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bishop's conviction and sentence are **AFFIRMED**.